IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Sarah Watchers, | ) | |
| | ) | 2:12-cv-01000-GEB-EFB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: SETTLEMENT AND |
| | ) | DISPOSITION |
| A.T. DINER, INC. dba DENNY'S | ) | |
| #8042; CFJ PROPERTIES | ) | |
| PARTNERSHIP, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff filed a "Notice of Settlement" on July 13, 2012, in which she states, "the aforementioned matter . . . has been resolved[, and t]he parties anticipate filing a Stipulation for Dismissal within eight weeks." (ECF No. 7.)

Therefore, a dispositional document shall be filed no later than September 7, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for hearing on August 6, 2012, is continued to commence at 9:00 a.m. on October 15, 2012, in the event no dispositional document is filed, or if this action is not

1

1  otherwise dismissed.[1]  A joint status report shall be filed fourteen (14)

2  days prior to the Status Conference.

3         IT IS SO ORDERED.

4  Dated:  July 16, 2012

5

6  _____
   GARLAND E. BURRELL, JR.

7  Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  _____

26       [1]   The Status Conference will remain on calendar, because the
    mere representation that a case has been settled does not justify

27  vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890
    (9th Cir. 1987) (indicating that a representation that claims have been

28  settled does not necessarily establish the existence of a binding
    settlement agreement).